# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD JOSEPH DAVIS,** | NO. LA CV 13-08807-VBF-CW |
| **Plaintiff,** | |
| v. | RULE 58 JUDGMENT |
| DR. SUSAN MORRIS (Staff Physician) in both her official and individual capacities, | |
| and | |
| DR. J. FITTER (Staff Physician) in both his official and individual capacities, | |
| Defendants. | |

Final judgment is entered in favor of both the defendants in all their capacities and against the plaintiff Richard Joseph Davis.

DATED:   May 22, 2014

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE